FILED

JAN 2 3 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | <u>I N D I C T M E N T</u> |
| Plaintiff, ) | |
| ) | **1:25 CR 00033** |
| v. ) | CASE NO. |
| ) | Title 18, United States Code, |
| DEANGELO O. SMITH ) | Sections 922(g)(1) & 924(a)(8) |
| Defendant. ) | |
| ) | **JUDGE PEARSON** |

<u>COUNT 1</u>
(Felon in Possession of a Firearm or Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about November 29, 2024, in the Northern District of Ohio, Eastern Division, the

Defendant, DEANGELO O. SMITH, knowing he had previously been convicted of crimes

punishable by imprisonment for a term exceeding one year, that being: Armed Bank Robbery

and Interference with Commerce by Threats or Violence, Case No. 1:16CR204, on or about

January 17, 2017, in the United States District Court, Northern District of Ohio, Eastern

Division, did knowingly possess in and affecting interstate commerce a firearm, to wit: a SCCY

CPX-2, 9mm handgun bearing serial number 919545, and ammunition, said firearms and

ammunition having been shipped and transported in interstate commerce, all in violation of Title

18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.

§ 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the

foregoing offense, Defendant DEANGELO O. SMITH shall forfeit to the United States all firearms and ammunition involved in or used in the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.